In the Matter of the Application of NATHAN G. RAMER, Respondent, against JOHN E. SHEEHY, Commissioner of Parks, for the Borough of Manhattan in the Department of Parks, City of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of GEORGE H. FLANAGAN, Respondent, against JOHN H. DELANEY, Chairman, and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JEANNETTE B. MINDEN, Respondent, v. BENDIX T. MINDEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ESTELLE DRAYTON, Plaintiff, v. W. HEYWARD DRAYTON, Defendant. HENRY E. DRAYTON, Appellant, v. W. HEYWARD DRAYTON, 3RD, Defendant, Impleaded with ESTELLE DRAYTON, His Wife, and WILLIAM J. MARTIN, as Receiver, etc., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

ANNA A. KUHLMANN and Another, Respondents, v. THE PRUDENCE COMPANY, INC., and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of IRA HAUPT and Others for an Order Requiring MORRIS ROSE to Submit Certain Differences between the Parties to Arbitration and Staying Said MORRIS ROSE from Proceeding in an Action Heretofore Instituted by Him against Petitioners in the Supreme Court of the State of New York, County of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EITINGON SCHILD Co., INC., and MURRAY H. MARKER v. NIKSAL PLAZA, INC.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOTTIE CARLBERG v. PARK AVENUE COFFEE SHOP, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ABRAHAM PECK v. BELLA PECK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MARIS LOBKO-SCHEBOUNINE, in Behalf of Herself and All Other Stockholders of MOSCOW FIRST INSURANCE COMPANY OF MOSCOW, RUSSIA, v. MOSCOW FIRST INSURANCE COMPANY OF MOSCOW, RUSSIA, and Others, Impleaded with BANK OF NEW YORK AND TRUST COMPANY, as Agent and Depositary of Said MOSCOW FIRE INSURANCE COMPANY OF MOSCOW, RUSSIA, and of PAUL LUCKE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.